```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 FAHRUELDIN EBED,                                              :
                                                               :
                                    Plaintiff,                 :
                                                               :
              -against-                                        :      19-cv-11068 (VEC)
                                                               :
 MOUNT SINAI ST. LUKE'S HOSPITAL,                              :      ORDER
 RIGHTSOURCING, INC., AMN ALLIED                               :
 SERVICES, LLC D/B/A/ MED TRAVELERS,                           :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 15, 2020, the parties called chambers to discuss a discovery dispute;

IT IS HEREBY ORDERED THAT:

1. A teleconference will be held on **October 19, 2020 at 11:00 a.m**. The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171, and the security code 1068.

2. The parties are directed to submit a joint letter detailing the issues in dispute no later than **October 18, 2020.** The parties are directed to meet and confer for **at least one hour** to attempt to resolve these disputes and certify in the joint letter that they did so.

**SO ORDERED.**

Date:  October 15, 2020                                        _____
       New York, New York                                             **VALERIE CAPRONI**
                                                                      **United States District Judge**