```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 FAHRUELDIN EBED,                              :
                                                              :
                              Plaintiff,        :
                                                              :
             -against-                          :       19-cv-11068 (VEC)
                                                              :
 MOUNT SINAI ST. LUKE'S HOSPITAL,               :       ORDER
 RIGHTSOURCING, INC., AMN ALLIED                :
 SERVICES, LLC D/B/A/ MED TRAVELERS,           :
                                                              :
                              Defendants.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 19, 2020, the parties appeared for a teleconference to discuss various discovery disputes in this case;

IT IS HEREBY ORDERED THAT:

1. With respect to Defendant AMN's Document Request 8, Plaintiff is directed to produce his earnings information spanning from 2015 to present no later than **October 23, 2020.**

2. With respect to Defendant AMN's Document Requests 29 and 30, Plaintiff is ordered to provide records of his travel to and from Oregon from December 2018 to January 2019 no later than **October 23, 2020.**

3. In light of the issues resolved during the meet-and-confer and the teleconference with the Court, Plaintiff is directed to submit revised responses to Defendants' Document Requests and Interrogatories no later than **October 23, 2020.**

4. Rightsourcing's letter brief regarding its Document Requests 44 and 45 and AMN's letter brief regarding its Document Request 22 are due by **October 23, 2020;** each

Defendant is limited to three pages.  Plaintiffs' opposition, which may be filed as one six-page opposition or two three-page oppositions, is due by **October 30, 2020**. Defendants' replies are due by **November 3, 2020** and are limited to two pages each.

5. Plaintiff's deposition must be taken during the week of **November 2, 2020** or in a different week if mutually agreed by the parties.  Defendants' depositions may be scheduled for some time thereafter.

6. The parties' deadline to complete all fact discovery remains **December 4, 2020**.

**SO ORDERED.**

Date:  October 19, 2020
       New York, New York

_____
VALERIE CAPRONI
United States District Judge