UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FAHRUELDIN EBED,

                      Plaintiff,

            -against-

MOUNT SINAI ST. LUKE'S HOSPITAL,
RIGHTSOURCING, INC., AMN ALLIED
SERVICES, LLC D/B/A/ MED TRAVELERS,

                      Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

19-cv-11068 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS a pretrial conference is scheduled for December 11, 2020 at 10:00 a.m.

    IT IS HEREBY ORDERED THAT:  Due to scheduling conflict, the hearing will be held on **December 11, 2020 at 10:30 a.m.**  The parties must appear for the hearing by dialing 888-363-4749, using the access code 3121171 and the security code **1068**.

**SO ORDERED.**

Date:  December 7, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**