USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

FAHRUELDIN EBED,                                            :
                                                           :
                                    Plaintiff,             :
                                                           :
                -against-                                  :          19-cv-11068 (VEC)
                                                           :
MOUNT SINAI ST. LUKE'S HOSPITAL,                           :          ORDER
RIGHTSOURCING, INC., AMN ALLIED                            :
SERVICES, LLC D/B/A/ MED TRAVELERS,                        :
                                                           :
                                    Defendants.            :

--------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a pretrial conference was held on December 11, 2020;

IT IS HEREBY ORDERED THAT:

1.  Defendants' consolidated motion for summary judgment is due by **March 1, 2021.**

    Plaintiff's opposition and cross-motion (if any) is due by **March 29, 2021.**

    Defendants' reply and response to Plaintiff's cross-motion is due by **April 26, 2021.**

    Plaintiff's reply in support of his cross-motion is due by **May 10, 2021.**

2.  The parties must meet and confer on reasonable page limits for the consolidated

    briefing.

3.  Plaintiff must make a settlement demand by **December 31, 2020.**

4.  A referral to the Magistrate Judge for a settlement conference will be entered

    separately.

**SO ORDERED.**

Date:  **December 11, 2020**                                    _____
       **New York, New York**                                        **VALERIE CAPRONI**
                                                             **United States District Judge**