```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FAHRUELDIN EBED,

                                                Plaintiff,

        -against-

MOUNT SINAI ST. LUKE'S HOSPITAL,
RIGHTSOURCING, INC., AMN ALLIED
SERVICES, LLC D/B/A MED TRAVELERS,

                                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**19-CV-11068 (VEC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 45). A telephone conference will be held on **Wednesday, January 13, 2021 at 11:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: December 12, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge