```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

FAHRUELDIN EBED,

                       Plaintiff,

      -against-

MOUNT SINAI ST. LUKE'S HOSPITAL,
RIGHTSOURCING, INC., AMN ALLIED
SERVICES, LLC D/B/A MED TRAVELERS,

                       Defendants.
```
-----------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 01/13/2021

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

19-CV-11068 (VEC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic settlement conference in this matter is scheduled for Tuesday**, February 9, 2021 at 10:00 a.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **February 2, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: January 13, 2021
       New York, New York

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge